UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

26mj77 SRN/ECW

| | |
|---|---|
| UNITED STATES OF AMERICA, | INFORMATION |
| Plaintiff, | 18 U.S.C. § 111(a)(1) |
| v. | |
| KIRUBELE ADBEBE, | |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### Count One
(Assaulting, Resisting, or Impeding Certain Officers or Employees)

On or about January 13, 2026, in the State and District of Minnesota, the defendant,

**KIRUBELE ADBEBE,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States and of any agency in any branch of the United States Government (including any member of the uniformed services), that is, a U.S. Federal Protective Service employee, while such officer and employee was engaged in and on account of the performance of official duties, all in violation of Title 18, United States Code, Section 111(a)(1).

Dated: February 5, 2026

DANIEL N. ROSEN
United States Attorney

/s/ _John R. Arboleda_
BY: JOHN R. ARBOLEDA
Special Assistant United States Attorney

