

# U.S. Department of Justice

United States Attorney
District of Minnesota

| | |
|---|---|
| *600 United States Courthouse* | *Telephone: (612) 664-5600* |
| *300 South Fourth Street* | *Fax: (612) 664-5787* |
| *Minneapolis, MN 55415* | |

March 31, 2026

**VIA ECF – EX PARTE AND UNDER SEAL**
The Honorable Elizabeth Cowan Wright
United States District Court
316 N. Robert Street
St. Paul, MN 55101

      Re:    <u>United States v. Adbebe</u>
               Criminal No. 26-mj-77 (SRN/ECW)

Dear Magistrate Judge Wright:

The United States respectfully submits this ex parte and sealed supplement to its response to Defendant's Motion for Disclosure Under Rule 6. This case was never presented to any Grand Jury, and thus, there was never a "no bill" nor any transcript of any Grand Jury proceeding. Thus, Mr. Adbebe' motion should be denied.

            Sincerely,

            DANIEL N. ROSEN
            United States Attorney

            <u>s/ John R. Arboleda</u>
            BY: JOHN R. ARBOLEDA
            Special Assistant U.S. Attorney